

**MINUTE ENTRY**
**DUVAL, J.**
**February 8, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BANK OF LAPLACE** | CIVIL ACTION |
| **VERSUS** | NO. 00-341 |
| **NATHANIEL MASSI, ET AL.** | SECTION "K"(2) |

Having determined that this matter involves subject matter that comprises a material part of the subject matter or operative facts of <u>J.D. Fields & Company, Inc. v. TUG ELIZABETH S, et al.</u>, C.A. No. 97-3694 "T"(5).

**IT IS ORDERED** that this matter be and hereby is **TRANSFERRED** to Section "T"(5) of this court pursuant to LR3.1.1E.

FEB 09 2000
DATE OF ENTRY

FEB 9 2000
**SECT. T  MAG. 5**

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____