FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 FEB 17 P 4: 27
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BANK OF LAPLACE | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0341 |
| NATHANIEL MASSI and DOROTHY MASSI | * | SECTION K. MAG. 2 |

*************************************

## MOTION OF THE BANK OF LAPLACE TO DISMISS ITS COMPLAINT WITH PREJUDICE

Plaintiff, the Bank of LaPlace, appearing through undersigned counsel, moves the Court to dismiss its complaint against Nathaniel Massi and Dorothy Missi. with prejudice, each party to bear its own costs.

The grounds for this motion is that this matter has been compromised and settled.

ADAMS AND REESE

_____
PHILIP A. FRANCO, #5819, T.A.
4500 One Shell Square
New Orleans, LA 70139
(504) 581-3234
Attorneys for the Bank of LaPlace

FEB 23 2000
DATE OF ENTRY_____

Fee_____
Process_____
X Dktd_____
___CtRmDep_____
Doc. No._____

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel, by FAX, by hand or by placing copy of same First Class mail, and properly addressed, on February 17, 2000.

_____
Philip A. Franco

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BANK OF LAPLACE | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0341 |
| NATHANIEL MASSI and DOROTHY MASSI | * | SECTION K. MAG. 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING THE MOTION OF THE BANK OF LAPLACE TO DISMISS WITH PREJUDICE**

Upon the motion of plaintiff, the Bank of LaPlace,

IT IS ORDERED that the complaint of the Bank of LaPlace against Nathaniel Massi and Dorothy Massi be and the same is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 22nd day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

3